Att To: The United States District Court Eastern District Of New York

# Case Number: 1:25-cv-01767
# Hernandez V. Craigs Beds, Inc

1. **My Name:** Craig Fruchtman, I am the owner of Craig's Beds
2. **Address:** 246 West 38th Street Room 205 NY NY 10018
3. **Telephone number Cell:** 917-776-3409
4. **Email Address:** craig@craigsbeds.com

Dear United States District Court Eastern District Of New York,

I am writing this letter out of abundance of caution. I am attempting to work directly with the plaintiffs attorney to see if we can work together without the need of an attorney.

Our business was never served however I am working with the plaintiffs attorney directly.

The plaintiffs attorney Rami Salim agreed to file an extension till June 8th while we work on the case together.  He wrote by email twice that he would file the extension . Please see attached screen shots of the email correspondences stating such.

I am sure he will file today, he has been cordial to me, but I do not see that the extension was filed on the Pacemonitor website. And just in case there was some kind of mistake I wanted the court to hear that I have contacted the plaintiffs attorney and am making every effort to work with the Plaintiff directly.

Please see attached screen shots with time stamps of the email correspondences.

Best Regards,

Craig Fruchtman



Rami Salim
RE: Craigs Beds
To: craig@craigsbeds.com
Inbox - Craigsbeds   Yesterday at 2:21PM

Hi Craig,

I got your messages. No worries, these emails are confirmation if anything goes wrong, I will file the extension today so you won't be in default tomorrow.

Rami M. Salim, Esq.
Stein Saks, PLLC
One University Plaza, Suite 620
Hackensack, NJ 07601
P. (201) 282-6500 ext: 124
F. (201) 282-6501
rsalim@steinsakslegal.com

www.SteinSaksLegal.com

**From:** CRAIG FRUCHTMAN <craig@craigsbeds.com>
**Sent:** Wednesday, May 7, 2025 12:42 PM
**To:** Rami Salim <rsalim@steinsakslegal.com>
**Cc:** craig@craigsbeds.com
**Subject:** Re: Craigs Beds

Caution! This email originated outside of Company. Please do not open attachments or click links from an unknown or suspicious origin.

Hi Rami,

I am just following up. I only have access to what I see on Pacemonitor which shows I have to answer by May 9th, it doesn't show June 8th.
I assume that site is not updated regularly.

Will I hear back from you today or tomorrow?

Thanks,

Craig

Craig's Beds Inc
246 West 38th Street Suite 205
NY NY 10018
212-840-1717
craig@craigsbeds.com
www.CraigsBeds.com

On May 5, 2025, at 2:26 PM, Rami Salim <rsalim@steinsakslegal.com> wrote:

Hi Craig,

It was a pleasure speaking with you. I will get back to you as soon as possible. I will also file an extension for you to respond to the complaint to June 8th.

Rami M. Salim, Esq.
Stein Saks, PLLC
One University Plaza, Suite 620
Hackensack, NJ 07601
P. (201) 282-6500 ext: 124
F. (201) 282-6501
rsalim@steinsakslegal.com

www.SteinSaksLegal.com